IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| ANGEL LUIS VAZQUEZ RIVERA | CASE NO. 09-07555 SEK |
| ABIGAIL GUADALUPE TORRES | Chapter 7 |
| Debtors | |
| SCOTIABANK | INDEX |
| Movant | |
| ANGEL LUIS VAZQUEZ RIVERA | **FILED & ENTERED ON 02/24/2011** |
| ABIGAIL GUADALUPE TORRES | |
| WIGBERTO LUGO MENDER, TRUSTEE | |
| Respondents | |

**ORDER**

Movant's Motion for Relief from Stay is granted for the reasons stated in open Court.

SO ORDERED.

San Juan, Puerto Rico, this February 24, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: DEBTORS
ROBERTO FIGUEROA CARRASQUILLO,
WIGBERTO LUGO MENDER,
SCOTIABANK