IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

VAZQUEZ RIVERA, ANGEL LUIS
GUADALUPE TORRES, ABIGAIL

DEBTOR(S)

CASE NO.: **09-07555-SEK**
JUDGE: **SARA E. DE JESUS**

(CHAPTER 7)

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on March 1, 2011. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes ___ No ✓.   Track No. _10_
**Exemptions as claimed in Schedule C allowed.** Yes ✓ No ___
**Creditor(s) Present** Yes ___ No ✓.

**Attorney's Information**
Present with Debtor(s) was
_✓_ Attorney of Record
___ Other: _____
___ Pro-Se - See Certificate

**Debtor to amend within ___ days the following:**
___ A, _✓_ B, _✓_ C, ___ D, ___ E, ___ I & J, ___ Other _____
___ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within ___ days:**
___ Documents on Real Property          ___ Documents on Vehicle
    (Appraisal, Title Search, Mortgage Balance)

**Trustee further requests that:**
_✓_ Case be closed as no-asset as of the date of §341(a) meeting.       _✓_ Upon receipt of documents.
___ Case be held open for potential asset recovery.
___ Case be **RESET** the §341(a) Meeting
   ___ On the ___ day of _____, 200__, at _____.
   ___ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
      ___ Debtor(s) failed to appear.
      ___ Attorney for Debtor(s) failed to appear.
      ___ Further testimony or material is needed.

___ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
___ Failure to provide complete: ___ Schedules, ___ Statement of Affairs, ___ Mailing Lists,
___ Description of estate assets.
___ Failure of _____ Debtor(s) _____ Counsel to appear at:
      _____ initial _____ subsequent creditor meetings.

Dated: March 1, 2011
                                                   _____
                                                   WIGBERTO LUGO-MENDER, Trustee